AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WILLIAM CARTER and JANET
CARTER, husband and wife,

                Plaintiffs,

    v.

DANA CORPORATION, et al.,

               Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-102-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff William Carter's Motion for Summary Judgment is denied; defendants' Motion for Summary Judgment is granted.

| January 17, 2006 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |